UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

Energy West Mining Coompany
v.
Morris E. Blackburn and Director, OWCP

Case No. 16-9533

**INSTRUCTIONS:** COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, TOGETHER WITH PROOF OF SERVICE ON ALL OTHER PARTIES. IF THE CERTIFICATE OF INTERESTED PARTIES ON THE REVERSE OF THIS FORM IS COMPLETED, AN ORIGINAL AND THREE COPIES MUST BE FILED. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY AFFIXING THEIR INDIVIDUAL SIGNATURES.

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for

Director, Office of Workers' Compensations Programs, Respondent, in the subject case(s).

Further, in accordance with 10th Cir. R. 46.1.3, the undersigned certify(ies) as follows: **(Check one.)**

**X** On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding.

There are no such parties, or any such parties have heretofore been disclosed to the court. **(File original only.)**

Michelle S. Gerdano _____
Name of Counsel

s/Michelle S. Gerdano _____
Signature of Counsel

U.S. Department of Labor
200 Constitution Avenue, N.W.
Suite N-2119
Washington, D.C. 20210
(202) 693-5649
_____
Mailing Address and Telephone Number
blls-sol@dol.gov
gerdano.michelle@dol.gov

I hereby certify that on   July 30, 2016, I electronically filed the Entry of Appearance using the court's CM/ECF system.

(*See* Fed. R. App. P. 25(b))

s/Michelle S. Gerdano
(Signature)

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

Energy West Mining Company
v.
Morris E. Blackburn and Director, OWCP

Case No. 16-9533

**Certificate of Interested Parties**

      The following are parties to this litigation, including persons or other entities financially interested in the outcome of the litigation, but not revealed by the caption on appeal, see 10th Cir. R. 46.1.3, and attorneys not entering an appearance in this court who have appeared for any party in prior trial or administrative proceedings sought to be reviewed, or in related proceedings that preceded the subject action in this court:

(Attach additional pages if necessary.)

Maia S. Fisher
Acting Associate Solicitor
Rae Ellen James.
Gary K. Stearman
Michael J. Rutledge
Sean G. Bajkowski
Emily J. Goldberg-Kraft
U.S. Department of Labor
Office of the Solicitor
200 Constitution Avenue
Suite, N-2119
Washington, DC 20210

M. Patricia   Smith
Solicitor of Labor
U.S. Department of Labor
200 Constitution Avenue, N.W.
Suite S-2002
Washington, D.C.  20210